

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| TOWN OF ANTHONY, TEXAS, | § | No. 08-22-00052-CV |
|---|---|---|
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 7 |
| ROBERT LOPEZ, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2021CCV00055) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 23RD DAY OF FEBRUARY, 2023.

LISA J. SOTO, Justice

Before Rodriguez, C.J., Soto, J., Marion, C.J. (Ret.)
Marion, C.J. (Ret.) (sitting by assignment)